CLOSED

***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Leonardo Moreno-Martinez**

Citizen of Mexico

USM#: 75590208 DOB: 1980

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15657-001M-SD**

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A88 768 292

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/14/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count ONE, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, April 14, 2008**

________________________________________ Date 4/14/2008 ________________
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: ________________________________________

Defendant delivered on ____________ to ________________________ at __________________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

________________________________________ By: ________________________________________
United States Marshal Deputy Marshal

08-15657-001M-SD -

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/14/2008 CASE NUMBER: 08-15657-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Leonardo Moreno-Martinez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK
U.S. Attorney ______ INTERPRETER REQ'D Marcia Resler
LANGUAGE: Spanish
Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 4/11/08 ☒ Complaint Filed ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $______
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed ______ ☐ Complaint filed ______
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ______
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before ______
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of 90 Days ☐ Probation/Supervised Release for ______
☒ Special Assessment $ REMITTED ☐ Fine $______ ☐ Restitution $______
Other: ______

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

4/11

UNITED STATES OF AMERICA
V.
Leonardo MORENO-Martinez
Citizen of Mexico
YOB: 1980
088768292
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15657M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about April 10, 2008, near Andrade, California in the Southern District of California, Defendant Leonardo MORENO-Martinez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 14, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Leonardo MORENO-Martinez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended by the U.S. Border Patrol on one (1) occasion.**

**CRIMINAL HISTORY:** **None Known.**

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

**Agents Lindo and Diaz responded to the area while conducting line watch duties along the Colorado River.**

**Agents Lindo and Diaz encountered the Defendant as he was swimming across the Colorado River into Arizona. Agent Lindo was assigned as the Vessel Commander of the Yuma Marine Unit. Agent Lindo attempted to apprehend the Defendant initially when he was observed swimming across the river. The Defendant then dove under the reeds in the river to avoid apprehension. Agent Lindo circled the area in the Marine Unit and spotted the Defendant trying to climb onto the shore a short time later. When Agent Lindo attempted to apprehend the Defendant a second time, the Defendant made an attempt to grab Agent Lindo's leg and pull him into the water as Agent Lindo was in the Marine Unit. Agent Lindo was able to move his leg out of the way so that the subject could not pull him into the water. At that point Agent Lindo deployed his issued OC spray on the Defendant. When Agent Lindo attempted to evade the Defendants hand, Agent Lindo lost his balance and fell in the water. Agent Diaz was able to pull Agent Lindo out of the water, and the Defendant was also pulled out of the water and placed in the Marine Unit.**

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on April 10, 2008.

Charges: 8 USC§1325 (Misdemeanor)

FOR

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 14, 2008

Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Senior Patrol Agent Cesar Duarte, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Leonardo MORENO-Martinez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended by the U.S. Border Patrol on one (1) occasion.**

**CRIMINAL HISTORY:** **None Known.**

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

**Agents Lindo and Diaz responded to the area while conducting line watch duties along the Colorado River.**

**Agents Lindo and Diaz encountered the Defendant as he was swimming across the Colorado River into Arizona. Agent Lindo was assigned as the Vessel Commander of the Yuma Marine Unit. Agent Lindo attempted to apprehend the Defendant initially when he was observed swimming across the river. The Defendant then dove under the reeds in the river to avoid apprehension. Agent Lindo circled the area in the Marine Unit and spotted the Defendant trying to climb onto the shore a short time later. When Agent Lindo attempted to apprehend the Defendant a second time, the Defendant made an attempt to grab Agent Lindo's leg and pull him into the water as Agent Lindo was in the Marine Unit. Agent Lindo was able to move his leg out of the way so that the subject could not pull him into the water. At that point Agent Lindo deployed his issued OC spray on the Defendant. When Agent Lindo attempted to evade the Defendants hand, Agent Lindo lost his balance and fell in the water. Agent Diaz was able to pull Agent Lindo out of the water, and the Defendant was also pulled out of the water and placed in the Marine Unit.**

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on April 10, 2008.

*Executed on: Date* *April 12, 2008* *Time:* *9:13 a.m.*

*Signed:* ____________ *Senior Patrol Agent*

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two pages, I find probable cause to believe that the defendants named therein committed the offense on April 10, 2008 in violation of Title 8, United States Code, Section 1325.*

*Finding made on: Date* April 12, 2008 *Time* 3:10 PM

*Signed:* ____________ *United States Magistrate Judge*